UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANA SCIOLI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-01041-CDS-BNW<br><br>**REPORT AND RECOMMENDATION** |

On August 4, 2023, this Court dismissed Plaintiff's Complaint without prejudice but granted Plaintiff leave to file an amended complaint no later than September 4, 2023. (ECF No. 5). Plaintiff filed an objection to the Court's order (ECF No. 9), which was denied. ECF No. 10. In denying Plaintiff's objection, the Court extended Plaintiff's time to file an amended complaint to October 19, 2023. Though the time for doing so has passed, Plaintiff has failed to file an amended complaint.

**IT IS THEREFORE RECOMMENDED** that the case be dismissed without prejudice and closed.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

**IT IS SO ORDERED.**

DATED this 24th day of October, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE